UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWIN YAMIT BELLO QUEVEDO,<br>Petitioner,<br>v.<br>BRUCE SCOTT ET AL.,<br>Respondents. | CASE NO. 2:26-cv-04663-JHC<br>ORDER |

This matter comes before the Court on Edwin Yamit Bello Quevedo's Motion for Temporary Restraining Order Barring Removal and Transfer. Dkt. 2. Due to the Court's Scheduling Order at Dkt. 5, the Court finds the Motion to be mostly moot. *See* Dkt. 2 at 1 (requesting an order requiring Respondents "to file a notice on the docket at least 72 hours before any transfer of me out of this District").

Petitioner also requests an order barring his removal from this Court's jurisdiction or the United States. Dkt. 2 at 1. But this relief is not supported by the current record, as Petitioner alleges no concrete facts establishing that his removal from this District or the United States is, in fact, imminent. *See Kassymov v. Scott*, 2026 WL 2815268, at *1 (W.D. Wash. Sep. 18, 2026); *see generally* Dkt. 2. Thus, the Court DENIES without prejudice Petitioner's Motion for Temporary Restraining Order Barring Removal and Transfer. Dkt. 2. The Clerk is directed to

send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 25th day of November, 2026.

John H. Chun
United States District Judge